**Order filed January 24, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-01098-CV
_____

### ALLIED COLLISION CENTER, INC. D/B/A ALLIED COLLISION & AUTO REPAIR STORAGE, Appellant

### V.

### ELOUISE CLARK, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1055362**

---

## ORDER

In the issues presented in the appellant's brief, the appellant challenges the overruling by operation of law of its motion for new trial. In the notice of appeal, however, the appellant does not challenge the overruling of its motion for new trial, but instead appeals only the default judgment rendered against it.

Unless appellant files an amended notice of appeal in this Court by February 3, 2017, the court will not address the overruling of the motion for new trial. *See* Tex. R. App. P. 25.1(g).

PER CURIAM